JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:20-cv-01053-JLS-ADS　　　　　　　　　　　　　Date: September 22, 2020
Title: James Rutherford v. Shalabi Enterprises Partners et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

　Not Present　　　　　　　　　　　　　　　　　Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER (1) DISCHARGING ORDER TO SHOW CAUSE (2) REMOVING CASE FROM ACTIVE CASELOAD AND (3) SETTING DEADLINE FOR STIPULATION OF DISMISSAL**

　　　On September 10, 2020, the Court ordered Plaintiff to show cause why the Court should not dismiss this action for lack of prosecution. (Doc. 19.) On September 11, 2020, Plaintiff filed a response to the Order to Show Cause, stating that the parties have settled this action, are in the process of finalizing a written settlement agreement, and anticipate filing a dismissal within forty-five days. (Doc. 20.)
　　　Based thereon, the Court hereby ORDERS all proceedings in the case stayed pending final settlement. It is further ordered that this action is removed from the Court's active caseload. The parties shall file a Stipulation of Dismissal no later than October 26, 2020. If no dismissal is filed, the Court deems the matter dismissed at that time.
　　　Accordingly, the Court DISCHARGES the Order to Show Cause issued on September 10, 2020. (Doc. 19.)

　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer: mku